IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 13-cv-01755-WYD-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$73,397.57 SEIZED FROM VALLEY BANK & TRUST ACCOUNT #150101819, and $10,678.12 SEIZED FROM SCOTTRADE ACCOUNT #21529658,

    Defendants.
_____

**FINAL ODER OF FORFEITURE**
_____

THIS MATTER is before the Court on the United States' Motion For Final Order Of Forfeiture [ECF No. 21]. Upon review of the motion, I find that:

(1) the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

(2) all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

(3) the United States and claimants Jeffrey Clawson and Carrie Clawson have reached a settlement in this case and have filed a Settlement Agreement [ECF No. 21-1] with the Court resolving all issues in dispute;

(4) no other claims to defendant property have been filed;

(5) forfeiture of $73,397.57 Seized from Valley Bank & Trust Account #150101819 and $10,678.12 Seized from Scottrade Account #21529658 shall enter in favor of the United States; and,

(6) there is cause to issue a forfeiture order under 21 U.S.C. § 881.

- 2 -

## CONCLUSION

After careful consideration of the matter before this Court, it is

ORDERED the United States' Motion For Final Order Of Forfeiture [ECF No. 21] is **GRANTED**.  As such, it is

FURTHER ORDERED that forfeiture of $73,397.57 Seized from Valley Bank & Trust Account #150101819 and $10,678.12 Seized from Scottrade Account #21529658 **SHALL ENTER IN FAVOR** of the United States and the United States **SHALL HAVE FULL AND LEGAL TITLE** to the defendant property.  The United States may dispose of such property in accordance with law and in accordance with the terms and conditions of the parties' Settlement Agreement [ECF No. 21-1].  It is

FURTHER ORDERED that the Clerk of Court **SHALL ENTER JUDGMENT** in this action and that a Certificate of Reasonable Cause, which this Order constitutes, is **GRANTED** as to all defendant property pursuant to 28 U.S.C. § 2465.

Dated:  April 14, 2014.

BY THE COURT:


/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U. S. District Judge